Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DAVID J. FABIAN,<br>    Defendant. | Docket 6:12-MJ-67-MJS<br><br>STIPULATION TO CONTINUE PLEA AND SENTENCE; AND<br>AND<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, DAVID FABIAN, by and through his attorney of record, Andras Farkas, that the Change of Plea and Sentencing in the above-captioned matters shall be continued to December 18, 2012, at 10:00 a.m. The victim in this matter is unable to attend the sentencing as currently scheduled, but would like the opportunity to be heard at the sentencing. For this reason the Government request a continuance of the Change of Plea and Sentencing and defense counsel does not oppose the request.

Dated: December 6, 2012                                    /S/ Susan St. Vincent
                                                                         Susan St. Vincent
                                                                         Acting Legal Officer
                                                                         Yosemite National Park

Dated: December 6, 2012                                          /S/ Andras Farkas
Andras Farkas
Attorney for Defendant
David J. Fabian

### * * * ORDER * * *

The Court, having reviewed the above request to continue the change of plea and sentencing for David J. Fabian, now continues the matter for sentencing to December 18, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

The Sentencing in this case is continued to December 18, 2012.

IT IS SO ORDERED.

Dated:     December 14, 2012            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE