Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:12-mj-67-MJS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S) AND ORDER THEREON** |
| DAVID JOSEPH FABIAN, | |
| Defendant. | Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, David FABIAN, was arrested August 4, 2012, in Yosemite National Park and charged with one count of Simple Assault, a violation of 18 United States Code Section 113(a)(4).  FABIAN plead no contest to the one charge on December 17, 2012, and was sentenced to pay a $345 fine, pay $645 in restitution to the victim, and serve 12 months of unsupervised probation.  The conditions of probation included, obey all laws, attend counselling one time per week, pay the fine and restitution, and complete 100 hours of community service. The government alleged that FABIAN failed to obey all laws, failed to pay his fine or restitution, failed to attend counseling and failed to perform

community service. The Government, having reviewed the case in light of recent filings, does not believe this court retains jurisdiction over the matter as probation expired in December, 2013. For this reason the Government withdraws it's probation violation petition.

Dated: August 11, 2016                    By: /s/ Matthew McNease
                                          Matthew McNease
                                          Acting Legal Officer
                                          Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

For the reasons set forth above, the Statement of Alleged Probation Violation(s) in DOCKET NO. 6:12-mj-067-MJS is deemed withdrawn.

IT IS SO ORDERED.

Dated:   August 12, 2016              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE